Continue. From the Washington for America Institute, I'm Mark Smith, instructor for students in the undergraduate public school dept. There's an issue with, monitoring the lineup. A student, when I talk to a student, I think I just heard it threatened the education of the title. If you don't have a good ability in your grade考 institute, you have a set of exceptions. If you're going to technical sums, you have to do next terminology on one faculty member to take control of those turnovers. That's a challenging thing in the undergrad course. Sum starts at stage 15, stage 15, but it's usually 5 to 11. If you have two, say, addition functionality, and you just don't know what you're going to do, אותics, C, A, verbs, tangent, tangentist, you have to come out. Then say something underperforming, and you have to make it something that's three two's-one. So, that could come from the function of here to there, or some general or decluttering assignments that everyone needs to do for themselves. And also students end up elsewhere. So, you have to come out here first and join the handout. Thank you, and thank you to your colleagues that have approached me, and sent a lot of letters and shared me law school supports and best wishes for you. And then as you all are probably hearing in the course that the thousands of poetry critics that we have been questioning all their evenings, and all of theavy literature I collect, when in the Keys study of a trial that produced some wonderful pieces of music. Well it's because your lawyers have required that your clients' experiences to two construction institutions of Russia in trampled and ruined in July You being able to flex you know experiences and business within only a couple of weeks of all that happened in Ziv's shooting in Timeo employees production of shooting of Port Erlich a film that was taken from somebody James O'Flory his assistant of the community which is the design of the particular construction and I guess the question is how does the agency's decision for example on their own to require an institution with a salary of an hour to last construction of a building how is it going to be refused and how is it going to be sold and similarly it seems that there's a safety interest in terms of the agency's being able to also charge for some of its contract workers so what is your best case that you want to do and how do you want to help your client in terms of that I mean there exists a structure of all of the agencies and the agencies and the concierge so can't reproduce it at I mean it's essentially across the working class working class situation but you show us that so is there some agency of the agency when precision in short is우래 it is sitting it's not it's
judges: Graber, Friedland, Fogel